ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                         )
                                                    )
Desbuild Incorporated                               )   ASBCA No. 64278
                                                    )
Under Contract No. N40080-19-D-0017                 )

APPEARANCES FOR THE APPELLANT:        Douglas L. Patin, Esq.
                                      Sabah K. Petrov, Esq.
                                        Bradley Arant Boult Cummings LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Allison M. McDade, Esq.
                                        Navy Chief Trial Attorney
                                      Bridget A. Karns, Esq.
                                      Kyle W. Krombach, Esq.
                                        Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 12, 2025

_____
ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64278, Appeal of Desbuild Incorporated, rendered in conformance with the Board's Charter.

Dated: August 12, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals